MARY LOGNON, ADMINISTRATRIX, ETC., OF LOUIS LOGNON, DECEASED, ET AL. *versus* PETER J. DESNOYERS

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Leave given to amend bill, time given to plead, answer or demur *p. 515. *Journal 4:* (2) Discontinued MS p. 73.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena; (4) stipulation for amendment of bill and for time to plead, answer or demur.

*Chancery Case* 39 of 1823.